UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT,<br><br>    Plaintiff,<br><br> v.<br><br>R. VELASQUES, et al.,<br><br>    Defendant. | NO. CV 18-6871-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

Plaintiff's objections contain additional facts to support Claims Four and Five. Specifically, Plaintiff alleges that he was given inadequate cleaning supplies that he apparently did not use due to the absence of protective gear, and that he was up all night for three days due to the pungent odor of urine and feces from the prior cell occupant. The Report recommends that Claims Four and Five be dismissed with leave to amend. Plaintiff is free to include the additional facts in his First Amended Complaint.

IT IS ORDERED that Defendants' motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) is granting in part and denying in part as follows:

1        (1) The official capacity claims are dismissed without leave to amend;

2        (2) Defendants' motion to dismiss the First Amendment retaliation claim

3 against Rouse is denied;

4        (3) Defendants' motion to dismiss all other claims is granted with leave to

5 amend; and

6        (4) Plaintiff is granted leave to file a First Amended Complaint within 30 days

7 after the entry of this order.

8        If Plaintiff chooses to file a First Amended Complaint, it must bear the docket

9 number assigned to this case, be labeled "First Amended Complaint," and be

10 complete in and of itself without reference to the original complaint, attachment,

11 pleading or other documents.

12        The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint

13 form.

14

15

16 DATED:  July 24, 2019

17                                  JAMES V. SELNA
                                 United States District Judge

18

19

20

21

22

23

24

25

26

27

28