UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN R. ARRANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. VELASQUEZ, et al.,<br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO. CV 18-06871-SB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Defendants' motion for summary judgment is GRANTED.

　　　IT IS FURTHER ORDERED that judgment be entered dismissing this action with prejudice.

DATED: March 31, 2022

　　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR
　　　　　　　　　　　　　　　　　　　United States District Judge