JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN R. ARRANT, | NO. CV 18-06871-SB (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| R. VELASQUEZ, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for summary judgment is granted, judgment is entered for Defendants, and this action is dismissed with prejudice.

DATED: March 31, 2022

STANLEY BLUMENFELD, JR
United States District Judge